450 F.2d 941
 Miss Hazel HOOD, Plaintiff-Appellant,
v.
Miss Emma BURNETT et al., Defendants-Appellees.
 No. 71-2488 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 23, 1971.
 
 G. Seals Aiken, John L. Respess, Jr., Atlanta, Ga., for plaintiff-appellant.
 Arthur K. Bolton, Atty. Gen., Latimer, Haddon & Stanfield, Alfred L. Evans, Jr., J. Lee Perry, A. C. Latimer, William F. Lee, Jr., Atlanta, Ga., for defendants-appellees.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966